UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE:** **ARLENE R. LINDSAY**  **DATE:** November 1, 2006
United States Magistrate Judge

**TIME:** 2:00 PM

**DOCKET NO:**

06-cv-03589-JFB-ARL

**CASE:**

**Hollman et al v. County of Suffolk et al**

 XX  INITIAL CONFERENCE
 ____ STATUS CONFERENCE       BY TELEPHONE ____
 ____ SETTLEMENT CONFERENCE
 ____ FINAL CONFERENCE
 ____ ORDER

**APPEARANCES:**   **FOR PLAINTIFF:**   **FOR DEFENDANT:**

Wendy Pelle-Beer    Marcy Sheinwold for
Brookhaven MHMC

Richard Dunn for
County of Suffolk dfts

**The following rulings were made:**

Plaintiff's application (on the record) to amend the complaint is granted.

SO ORDERED:

_____/s/_____