# COUNTY OF SUFFOLK



**STEVEN BELLONE**
SUFFOLK COUNTY EXECUTIVE

| | |
|---|---|
| **DENNIS M. BROWN**<br>COUNTY ATTORNEY | **DEPARTMENT OF LAW** |

July 29, 2014

Hon. Joseph F. Bianco, U.S.D.J.
United States District Court
1020 Federal Plaza
P.O. Box 9014
Central Islip, New York 11722

Re:   Hollman/Cox v County of Suffolk, et al
      Docket No.: CV-06-3589 (JFB)(ARL)

Dear Judge Bianco:

As the parties have previously advised the court, this matter has been settled. Pursuant to General Municipal Law §6-n(9)(b), insofar as the settlement amount of $225,000 exceeds the $25,000 statutory limit set forth by law, the settlement must be judicially approved prior to payment.

Attached for the court's consideration is a letter from plaintiff's counsel, Frederick Brewington, Esq., which confirms his consent to the settlement, and a letter which confirms approval of the settlement by the Ways & Means Committee of the Suffolk County Legislature.

An Order for the Court's signature is also attached.

Please advise if the court requires any further information prior to approval of the settlement.

Thank you.

Respectfully Submitted,
Dennis M. Brown
Suffolk County Attorney

*/s/ Brian C. Mitchell*

Brian C. Mitchell
Assistant County Attorney

BCM/srm
Encls.
cc: Frederick Brewington, Esq. *via ecf*

LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY   ♦   MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, NY 11788-0099   ♦   (631) 853-4049
TELECOPIER (631) 853-5169