**COUNTY OF SUFFOLK**

**STEVE STERN**
LEGISLATOR, 16TH DISTRICT

1842 EAST JERICHO TURNPIKE, SUITE P
HUNTINGTON, NEW YORK 11743
(631) 854-5100 PHONE
(631) 854-5103 FAX
STEVE.STERN@SUFFOLKCOUNTYNY.GOV



**COUNTY LEGISLATURE**

CHAIRMAN:
VETERANS & SENIORS COMMITTEE

VICE CHAIRMAN:
WAYS & MEANS COMMITTEE

VICE CHAIRMAN:
PUBLIC WORKS & TRANSPORTATION COMMITTEE

MEMBER:
ECONOMIC DEVELOPMENT & ENERGY COMMITTEE

MEMBER:
PARKS & RECREATION COMMITTEE

February 27, 2014

Lynne A. Bizzarro
Deputy County Attorney
Suffolk County Department of Law
H. Lee Dennison Building
P.O. Box 6100
Hauppauge, New York 11788

Re: Mary Hollman, individually and as the Administrator of the Estate of Samuel A. Cox, and the Estate of Samuel A. Cox, on behalf of decedent John Cox v. County of Suffolk, et al.

Dear Ms. Bizzarro:

This letter will confirm that at the February 27, 2014 meeting of the Ways and Means Committee of the Suffolk County Legislature, settlement of the above captioned matter by the County's contribution of the sum of $225,000 for Mary Hollman was authorized.

Very truly yours,

Steve Stern
Suffolk County Legislator
Chairman, Ways and Means Committee